IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DALTON HARRISON                                                              PLAINTIFF

v.                               No. 3:15-cv-397-DPM

MARTY BOYD, Sheriff, Craighead County
Detention Center; MATT HALL, Jail Administrator;
and AUTHOR G. BENTLEY, Doctor                                      DEFENDANTS

ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Harrison's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2016