IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DALTON HARRISON                                                              PLAINTIFF

v.                              No. 3:15-cv-397-DPM

MARTY BOYD, Sheriff, Craighead County
Detention Center; MATT HALL, Jail Administrator;
and AUTHOR G. BENTLEY, Doctor                                    DEFENDANTS

JUDGMENT

Harrison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2016